# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDWIN GARCIA,<br><br>      Plaintiff,<br><br>  v.<br><br>QUICKEN LOANS INC.,<br><br>      Defendant. | Case No. 1:20-cv-03168<br><br>Hon. Andrea R. Wood |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, EDWIN GARCIA, and the Defendant, QUICKEN LOANS, LLC (f/k/a Quicken Loans Inc.), through their respective counsel, that: the above-captioned action against QUICKEN LOANS is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: April 27, 2021 | Respectfully submitted, |
| **EDWIN GARCIA** | **QUICKEN LOANS, LLC** |
| */s/ Nathan C. Volheim*<br>Nathan C. Volheim<br>Counsel for Plaintiff<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Ave., Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 568-3056<br>Fax: (630) 575-8188<br>nvolheim@sulaimanlaw.com | */s/ Anna-Katrina Christakis*<br><br>Joseph F. Yenouskas (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>1900 N Street, N.W.<br>Washington, D.C. 20036<br>Tel.: (202) 346-4000<br>Fax: (202) 346-4444<br>jyenouskas@goodwinlaw.com<br><br>Anna-Katrina S Christakis (ARDC# 6242675)<br>Alan M. Ritchie (ARDC# 6329217)<br>Pilgrim Christakis LLP<br>321 North Clark Street, 26th Floor<br>Chicago, IL 60654<br>(312) 939-0920<br>kchristakis@pilgrimchristakis.com<br>aritchie@pilgrimchristakis.com<br><br>*Attorneys for Defendant Quicken Loans, LLC* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2021, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

                                                        */s/ Anna-Katrina Christakis*